Civil Action No. 2:22-cv-02531-WFK-JMW

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BIG THINK CAPITAL INC. was received by me on *(date)* May 4, 2022.

| | I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or |
|---|---|

| | I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or |
|---|---|

| X | I served the summons on *(name of individual)* David Brown , who is designated by law to accept service of process on behalf of *(name of organization)* BIG THINK CAPITAL INC. on *(date)* Mon, May 09 2022 ; or |
|---|---|

| | I returned the summons unexecuted because: _____ ; or |
|---|---|

| | Other: _____ ; or |
|---|---|

My fees are $ 75 for travel and $ 0 for services, for a total of $ 75.

I declare under penalty of perjury that this information is true.

Date: 5/11/22

_____
*Server's signature*

Brendan Long
_____
*Printed name and title*

L&M Attorney Client Services, LLC
PO Box 230
Massapequa Park, NY 11762-3827
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 9, 2022, 2:51 pm EDT at 225 Broadhollow Rd, Melville, NY 11747
Received by David Brown.
Age: 50
Skin Color: White
Gender: Male
Weight: 175lbs
Height: 5'10"
Hair: Brown
Relationship: Authorized Personnel