# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich                                                                         Tel. (508) 221-1510
                                                                                            Fax (508) 318-8100
                                                                                            anthony@paronichlaw.com

September 19, 2022

**VIA ECF**

Honorable James M. Wicks
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:    **Naiman v. Big Think Capital Inc.**
                 **Civil Action No. 2:22-cv-2531**

Dear Judge Wicks:

      Our firm represents the plaintiff in the above-referenced matter. This Court has set a status conference for September 22, 2022 at 3:00 PM EST. This status conference was set for the purpose of discussing the status of settlement. However, the Court envisioned that the parties would have provided their discovery responses and documents by this time. The parties have begun exchanging this information but will not complete that until the end of this week, at the earliest. As such, the parties are jointly requesting that this conference be rescheduled to October 7, 2022.

      Thank you to the Court for its consideration of our submission and please feel free to contact us if there are any questions.

                                              Respectfully Submitted,

                                              Anthony I. Paronich

cc:  All Counsel of Record (Via ECF