UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE　　　　DATE: 12/20/2022
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TIME: 3:00 PM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ SEALED PROCEEDING

**CIVIL CAUSE FOR STATUS CONFERENCE**
**CASE: 2:22-cv-02531-WFK-JMW-Naiman v. Big Think Capital Inc.**

APPEARANCES:

　　For Plaintiff:　　　Anthony Paronich

　　For Defendant:　　Jeffrey S. Ettenger

Court Reporter/FTR:　　3:01-3:06 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒　Status Conference held. Counsel for Defendant advised that they are working on retrieving responsive documents from their former vendor but the vendor is unresponsive, and therefore have resorted to subpoenas and legal process. After discussion, discovery is to proceed but the deadlines are held in abeyance and will be revisited at the next status conference in light of these issues.

A Status Conference has been scheduled for February 28, 2023 at 11:00 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

　　　　　　　　　　　　　　　　　　　　　　SO ORDERED
　　　　　　　　　　　　　　　　　　　　　　/s/ *James M. Wicks*
　　　　　　　　　　　　　　　　　　　　　　JAMES M. WICKS
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge