UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE  DATE: 02/28/2023
TIME: 11:00 AM
☐ SEALED PROCEEDING

## CIVIL CAUSE FOR STATUS CONFERENCE
### CASE: 2:22-cv-02531-WFK-JMW-Naiman v. Big Think Capital Inc.

APPEARANCES:

    For Plaintiff:    Anthony Paronich

    For Defendant:    Jeffrey S. Ettenger

Court Reporter/FTR:    10:58-11:05 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒  Status Conference held. Discussion was held regarding obtaining responsive documents from Defendant's former third-party vendor. Counsel for Defendant advised he had subpoenaed the third-party vendor for records through counsel in Minnesota but to no avail. Defendant has initiated an action through counsel in California to enforce the subpoena. The parties requested more time to complete discovery. The deadline for fact discovery is extended to April 30, 2023. Counsel for Defendant shall file a status report on or before March 31, 2023.

A Status Conference has been scheduled for April 20, 2023, at 11:30 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

    SO ORDERED
    /s/ *James M. Wicks*
    JAMES M. WICKS
    United States Magistrate Judge