UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE  DATE: 04/20/2023
TIME: 11:30 AM
☐ SEALED PROCEEDING

## CIVIL CAUSE FOR STATUS CONFERENCE
CASE: 2:22-cv-02531-WFK-JMW-Naiman v. Big Think Capital Inc.

APPEARANCES:

| | |
|---|---|
| For Plaintiff: | Anthony Paronich |
| For Defendant: | Jeffrey S. Ettenger |

Court Reporter/FTR:   11:32-11:41 (Video)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Status Conference held. The parties advised that there are no further updates regarding getting documents from third party vendor and the parties are conferring to schedule depositions. The parties requested a 90-day extension of deadlines. The deadline for fact discovery is extended to on or before June 30, 2023 and the Court will address any further adjustments, if necessary, at the next status conference.

☒ The parties shall file a joint letter on or before April 24, 2023 with proposed dates and deadlines for the remainder of the case consistent with the June 30, 2023 deadline for fact discovery.

A Status Conference has been scheduled for June 23, 2023 at 11:00 AM via the Court's Video Zoom. The Court will email the Zoom invitation closer to the conference date. This conference is a public proceeding, and all are welcome to attend via telephone or via video. If you would like to receive the Zoom invitation, please contact Judge Wicks' Courtroom Deputy at (631) 712-5625.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge