# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

April 21, 2023

**VIA ECF**
Honorable James M. Wicks
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: **Naiman v. Big Think Capital Inc.**
**Civil Action No. 2:22-cv-2531**

Dear Judge Wicks:

    The Plaintiff and Defendant have conferred and are jointly proposing the following tentative dates for the completion of case events following discovery, which is currently set for June 30, 2023:

| | |
|---|---|
| Expert Reports | July 28, 2023 |
| Mediation Deadline | August 17, 2023 |
| Class Certification filing deadline | August 31, 2023 |
| Summary Judgment filing deadline | October 30, 2023 |
| Status Conference post MSJ and Class Certification | 30 days after the Court's Decision |

    Thank you to the Court for its consideration of our submission and please feel free to contact us if there are any questions.

Respectfully Submitted,

/s/ *Anthony I. Paronich*

Anthony I. Paronich

cc:  All Counsel of Record (Via ECF)