

631-777-2401   Fax: 631-777-2402
445 Broad Hollow Road, Suite 205, Melville, NY 11747

___

June 21, 2023

*VIA ECF*
Magistrate Judge James M. Wicks
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    Naiman *v. Big Think*
                  <u>Case No. 22 cv 02531</u>

Dear Judge Wicks:

      Please be advised that our office represents the Defendants regarding the above-noted matter. The Court has scheduled a conference for Friday, June 23, 2023. The parties would like to adjourn the conference to the second week of July. We have scheduled depositions for July 6 and 7 and it would be prudent to meet with the court thereafter.

      Please advise if this is acceptable to the Court and the parties. Thank you in advance.

                                              Very truly yours,

                                              *Jeffrey Ettenger*

                                              Jeffrey S. Ettenger