# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich

Tel. (508) 221-1510
Fax (508) 318-8100
anthony@paronichlaw.com

July 20, 2023

**VIA ECF**
Honorable James M. Wicks
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    **Naiman v. Big Think Capital Inc.**
             **Civil Action No. 2:22-cv-2531**

Dear Judge Wicks:

      The Plaintiff and Defendant have begun to engage in discovery. The Defendant's deposition occurred this week and the Plaintiff's deposition is occurring on July 20, 2023. Following the Defendant's deposition, the Plaintiff has served a second set of discovery and initiated a meet and confer regarding a supplemental production. However, the Defendant continues to attempt to obtain its information from the third party vendor that has some relevant class data. As such, the parties have conferred and are jointly proposing the following tentative dates for the completion of case events:

| | |
|---|---|
| Discovery | September 28, 2023 |
| Expert Reports | October 27, 2023 |
| Mediation Deadline | November 10, 2023 |
| Class Certification filing deadline | November 24, 2023 |
| Summary Judgment filing deadline | December 1, 2023 |
| Status Conference post MSJ and Class Certification | 30 days after the Court's Decision |

      The parties are also jointly requesting that this Friday's status conference be continued to a later date so that they may continue to make progress in discovery.

July 20, 2023
Page 2

      Thank you to the Court for its consideration of our submission and please feel free to contact us if there are any questions.

                                                Respectfully Submitted,

                                                */s/ Anthony I. Paronich*

                                                Anthony I. Paronich

cc:  All Counsel of Record (Via ECF)