Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x

SIDNEY NAIMAN, ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILARLY SITUATED,

                          Plaintiff,   Index No.:
                                       22-cv-2531


            -against-

BIG THINK CAPITAL, INC.

                          Defendant.
 - - - - - - - - - - - - - - - - - - - - - - - - - -x

        Oral deposition of DAVID BROWN, taken
pursuant to Order, was held VIA VIDEOCONFRENCE,
commencing July 17, 2023 at 2:30 P.M., on the above
date, before JILLIAN MOORE, a Stenographer and Notary
Public in and for the State of New York.

 - - - - - - - - - - - - - - - - - - - - - - - - - -x









                    MAGNA LEGAL SERVICES
                       (866) 624-6221
                     www.MagnaLS.com



Page 2

2   A P P E A R A N C E S:

3        PARONICH LAW P.C.
                   Attorneys for Plaintiff
4                  350 Lincoln Street, Suite 2400
                   Hingham, MA 02043
5
                   BY:  ANTHONY PARONICH, ESQ
6

7
         SCHWARTZ ETTINGER
8                  Attorneys for Defendant
                   445 Broad Hallow Road, Suite 205
9                  Melville, New York 11747

10                 BY:  JEFFREY ETTINGER, ESQ.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Page 3

2   D A V I D   B R O W N,

3   first duly sworn by a Notary Public of.  the State of

4   New York, was examined and testified as follows:

5   EXAMINATION BY

6   MR. PARONICH:

7                    THE COURT REPORTER:  State your

8                    name for the record, please.

9                    THE WITNESS:  David Brown.

10                    THE COURT REPORTER:  What is your

11                    address?

12                    THE WITNESS:  15701 Collins

13                    Avenue, Sunny Isles, Florida

14                    33160.

15        Q    Mr. Brown, my name's Anthony

16        Paronich.  I'm one of the attorneys who

17        represents the plaintiff in this action.

18        Have you ever been deposed before?

19        A    Yes.

20        Q    Okay.  And what kind of lawsuit

21        was that -- was your deposition given

22        in?

23        A    A corrections matter.

24        Q    I'm sorry. did you say an

25        elections matter?



2          A       Collections.

3          Q       Oh, collections.  Undrestood.

4          Thank you.  Okay.  Well, then I'll give

5          you the abridge version of the rules

6          here that will help us get through this

7          as efficiently as possible.  So even

8          though we're in an informal setting on

9          Zoom, we -- the oath we just took is

10         very similar to what you would take in a

11         courtroom to give testimony.  Do you

12         understand that?

13         A       Yes.

14         Q       Okay.  And I'll be asking you a

15         series of questions, and the Court

16         Reporter is going to be taking down

17         everything that we say.  So if you don't

18         understand a question, please let me

19         know, because if you don't understand

20         the question and don't say anything,

21         it's impossibly for us to know that you

22         didn't understand.  Does that make

23         sense?

24         A       Yes.

25         Q       Great.  We aren't going to be



Page 5

2       here terribly long today, but you can

3       take a break at any time for any reason.

4        You don't have to let us know the

5       reason.  The only rule we have with that

6       is that, if I have a question pending,

7       we like to get an answer to that

8       question before taking the break.  Does

9       that make sense?

10      A       Sure.

11      Q       Okay.  From time to time, your

12      attorney may object to a question I ask.

13       One of the few ways that this

14      deposition is unlike a courtroom

15      proceeding is, we don't have a Judge to

16      resolve any objections.  So even if your

17      attorney objects, unless he instructs

18      you not to answer because it's a

19      privileged matter, you still give your

20      answer to my when he's finished his

21      objection.  Does that process also make

22      sense?

23      A       Yes.

24      Q       Great.  So is there any reason

25      today that you wouldn't able to give



Page 6

2       truthful testimony?

3       A       No.

4       Q       I'm sorry.  I can't hear you so

5       well.  I don't know if that's on my end.

6       A       No.  There's no reason.

7       Q       Okay.  So who's your current

8       employer?

9       A       Big Think Capital.

10      Q       And what is your position with

11      Big Think?

12      A       I'm the president of the company.

13      Q       Okay.  And how long have you held

14      that title?

15      A       Six-plus years.

16      Q       Okay.  Do you want us to take a

17      minute so you could kind of get settled

18      or situated somewhere?

19      A       No.  I'm just going to some place

20      that's less noisy.

21              MR. PARONICH:  Yeah.  So let's --

22              Jill, let's just -- well, we don't

23              really need to necessarily go off.

24              Let me let you take a seat and

25              I'll continue.



Page 7

2      A      I'm ready.

3      Q      Okay.  So I think you testified

4      that you are currently the president of

5      Big Think Capital.  Did I hear that

6      correctly?

7      A      Correct.

8      Q      Okay.  And is president the only

9      title that you've held at the company?

10      A      Yes.

11      Q      And how long have you held that

12      title?

13      A      Since October 2017.

14      Q      Since October of 2017 when Big

15      Think Capital began doing business?

16      A      Yes.

17      Q      Does Big Think Capital have any

18      other employees?

19      A      Yes.

20      Q      How many?

21      A      About 70.

22      Q      Did you say 70?

23      A      Correct.

24      Q      Okay.  And is there any specific

25      individual who directly reports to you



Page 8

2       as the president?

3       A       Yes.  There's a lot of people

4       that report to me.

5       Q       And all of those people are

6       direct reports?

7       A       No.

8       Q       Okay.  So how many direct reports

9       do you have?

10      A       Maybe eight to ten.

11      Q       Eight to ten.  Okay.  Is there

12      any individual that directly reports to

13      you with respect to the marketing

14      efforts of Big Think Capital or the

15      third-parties they utilize for

16      marketing?

17      A       Yes.

18      Q       And who are those individuals?

19      A       Currently.

20      Q       Currently, please?

21      A       Dan River.

22      Q       Did you say -- was that Dan

23      River?

24      A       Yes.

25      Q       Could you spell that last name



Page 9

2       for me, please?

3       A       R-I-V-E-R.

4       Q       And what's Mr. River's position?

5       A       Vice president of marketing.

6       Q       Is there a president of

7       marketing?

8       A       No.

9       Q       How big is the marketing

10      department?

11      A       Two people.

12      Q       Other than -- and I think those

13      two include Mr. River?

14      A       Correct.

15      Q       Who's the other marketing

16      employee?

17      A       Reed Weber.

18      Q       Is that W-E-B-B-E-R?

19      A       One B.

20      Q       Okay.  So then, Mr. Brown, take a

21      step back for me a moment here.  Can you

22      explain to me what Big Think Capital

23      does?

24      A       Yes.  We're a facilitator of

25      business-to-business loans.  We're the



Page 10

```
2        intermediary between a business owner

3        and the M funding source.

4        Q     Does Big Think Capital work with

5        multiple end funding sources?

6        A     Yes.

7        Q     Does Big Think Capital provide

8        services in every state?

9        A     Yes.

10       Q     So, Mr. Brown, we were talking

11       about Big Think Capital and the fact

12       that they do business in every state.

13       Did I hear that correctly?

14       A     Yes, you did.

15       Q     Okay.  With respect to the type

16       of business that Big Think Capital

17       practices, are there any licensing and

18       regulatory requirements in order to

19       serve as an intermediary in various

20       states?

21       A     Not that I'm aware of.

22       Q     Okay.  And does Big Think Capital

23       serve as an intermediary for loans for

24       businesses, individuals, or both?

25       A     Just businesses.
```



2          Q       And how does Big Think Capital ad

3          advertise it's services to potential

4          customers?

5          A       We advertise primarily on the

6          web.

7          Q       And other than the web, are there

8          also -- does Big Think Capital also make

9          telemarketing calls?

10         A       We don't do outbound.  It's all

11         inbound marketing.  So we don't do.

12         Q       I'm sorry.  Go ahead?

13         A       It's all inbound.

14         Q       Doses Big Think Capital retain

15         third-parties that have engaged in

16         outbound telemarketing on it's behalf?

17         A       No.  We only do inbound.

18         Q       And so, just to make sure I

19         understand.  Big Think Capital has never

20         retained a third-party that has made

21         outbound call to try to generate

22         business for Big Think Capital?

23         A       Only as follow-up call to people

24         that have already applied.

25         Q       So has Big Think Capital ever



```
2        been sued with allegations that itself

3        or third-parties on it's behalf have

4        made outbound telemarketing calls?

5        A       I'm sorry.  Say it again.

6        Q       Sure.  Has Big Think Capital ever

7        been sued in a lawsuit alleging that Big

8        Think Capital or third-parties on it's

9        behalf have made outbound telemarketing

10       calls?

11       A       Yes.

12       Q       And it's been sued in lawsuits

13       other than just this one, correct?

14       A       Correct.

15       Q       Okay.  So is Big Think Capital's

16       position that in this lawsuit Mr. Naiman

17       called Big Think Capital?

18       A       I would have to assume he called

19       Big Think Capital because that's the

20       only way we get information about a

21       client.

22       Q       Has Big Think Capital reviewed

23       any of it's documents that showed that

24       Mr. Naiman has called Big Think Capital?

25       A       I don't have access to how
```



Page 13

2          Mr. Naiman came into our system.

3          Q      Why is that?

4          A      Because he came in at a timeframe

5          where we were using a customer retention

6          system that we no longer have access to.

7          Q      When you say "customer retention

8          system," is that another word for a CRM

9          system?

10         A      Yes.  Yes.

11         Q      So what is Big Think Capital --

12         what is that CRM system?

13         A      The old one.

14         Q      The one that Mr. Naiman's

15         information would be in?

16         A      It was called the iMerchant.

17         Q      When did Big Think Capital start

18         using iMerchant?

19         A      In October of 2017.

20         Q      When did Big Think Capital stop

21         using iMerchant?

22         A      I don't remember the exact date.

23         Q      Does Big Think Capital currently

24         use iMerchant?

25         A      No.



Page 14

2       Q       Who does Big Think Capital

3       currently use for a CRM system?

4       A       Centrex.

5       Q       Could you spell that for me,

6       please?

7       A       C-E-N-T-R-E-X.

8       Q       Do you have an approximation as

9       to when Big Think Capital starting

10      Centrex.

11      Q       I know it was in January.  I

12      don't remember if it was January of '21.

13      I think either January of '21 or January

14      of -- I think January '21 but I'm not

15      100 percent sure.

16      Q       Okay.  And why did Big Think stop

17      using iMerchant?

18      A       Because the individual that

19      maintained iMerchant decided to close

20      the business.

21      Q       And so, can you explain to me how

22      information related to Mr. Naiman is

23      only in iMerchant?

24      A       Yes.  That was the system that we

25      used back in this timeframe and when the



Page 15

2        owner of iMerchant elected to close the

3        business.  He just shut off the systems

4        including inning all the data that was

5        in the system.

6        Q       Got it.  And had your company

7        ever made any export or copy of that

8        information.

9        A       We didn't have the ability to

10       make an export.  We asked for

11       information that was not provided to us.

12       Q       And after you asked for -- what

13       was the context in which you asked for

14       the information?

15       A       What do you mean "what was the

16       context."

17       Q       Why did you ask for -- you just

18       testified that you asked for information

19       that wasn't provided to you, correct?

20       A       Yes.

21       Q       Why were you asking for that

22       information?

23       A       Because it was data -- it was our

24       client data that we needed access to and

25       wanted access to.



Page 16

2      Q      When did you first make that

3      request?

4      A      When we got notice that he was

5      shutting the business, but I don't

6      remember exactly the date.

7      Q      Understood.  Do you feel

8      confident that the year of that was

9      2021?

10      A      I believe it was 2021.  I'm not

11      100 percent sure.

12      Q      Okay.  So if it wasn't 2021 you

13      believe it was 2022, correct?

14      A      I don't remember the exact date.

15      Q      I know that you I don't remember

16      the exact date, but what I'm trying to

17      understand if it was possible that it

18      was earlier than 2021 or 2021 was the

19      oldest possible year that this happened?

20      A      I don't remember exactly.  I

21      don't remember the timeframe.  It was in

22      January.  It was either in January of

23      '21.  It's possible it was January 2022.

24      I don't remember.

25            MR. PARONICH:  Anthony, if you



2            want, we can leave a space in the

3            transcript and he can give you the

4            date that the contract ended with

5            iMerchant so you have it or I can

6            do it on a separate document.

7            MR. PARONICH:  Okay.  Thank you.

8      Q     Okay.  When Big Think Capital

9      made the request to iMerchant for

10     information, was that in writing?

11     A      It was, yes.

12     Q      And did iMerchant respond?

13     A      Yes.

14     Q      And do you have a recollection of

15     what iMerchant said in it's response?

16     A      He said that he would be

17     providing us with the data prior to him

18     shutting off the system.

19     Q      And he did not do that?

20     A      He did provide some data but it

21     wasn't all of the data and it wasn't in

22     a format that we could understand it.

23     Q      And so, do you know if Mr.

24     Naiman's information is in that some

25     data that was provided?



Page 18

2      A      It was not in there.

3      Q      How were you able to check that

4      it was not in there?

5      A      Because whatever information we

6      received from iMerchant was uploaded

7      into our knew CRM, and upon a search of

8      Mr. Naiman's name we don't see anything.

9      Q      Got it.  Did you also search Mr.

10     Naiman's phone number?

11     A      Yes.

12     Q      Okay.  What information is stored

13     in the CRM?  And what I mean by that is,

14     what columns of information are

15     available?

16     A      In the current CRM.

17     Q      Yes.

18     A      Name, address, phone number,

19     business name, owner of the business

20     name, the date the business started, the

21     tax ID number, address.  I think I said

22     address.  That's it.

23     Q      Okay.  Does Big Think Capital in

24     these follow-up calls as you've

25     mentioned Big Think Capital made, are



2          those follow-up calls also have a record

3          capped in the CRM?

4          A       Yes.

5          Q       What telephone lines are used to

6          make those calls?  Is it an office phone

7          line or is it a phone line provided by

8          the CRM company?

9          A       It's a system called Intermedia.

10         Q       Intermedia is the phone company?

11         Q       Intermedia is the technology.  I

12         don't know if it's considered a phone

13         company.  It's the technology we use to

14         make phone calls.

15         Q       And can you explain to me that

16         technology that's used.  Is it a website

17         that you log onto or does it work a

18         different way?

19         A       It's integrated with the CRM.  I

20         don't know how the functionality works.

21         Q       That's what I was trying to

22         understand.  Is that it's been -- it --

23         and has it been integrated with the CRM

24         since you started with this most recent

25         CRM?



```
 2        A     Yes.

 3        Q     I'm going to put a document into

 4        the chat, Mr. Brown, and I'm going to

 5        ask questions about.  Jill, I'll be

 6        marking this as Exhibit 1.  Mr. Brown, I

 7        put that document into the chat.  So

 8        please let me know when your able to

 9        access it.

10              (Whereupon, Plaintiff's Exhibit 1

11        for identification, by the reporter, as

12        of this date.)

13              MR. ETTINGER:  How do I do that?

14              MR. PARONICH:  So in the chat,

15                   there should be a.

16              MR. ETTINGER:  Now, I see it.  I

17                   see it.  Sorry.

18              MR. PARONICH:  Okay.  That's okay.

19              MR. ETTINGER:  Okay.  I see it.

20              MR. PARONICH:  Great.  I just need

21                   one moment to get pulled up here.

22        Q     Do you recognize this document?

23        A     Yes.

24        Q     What is it?

25        A     It's the response to the
```



2       interrogatories.

3       Q       And do you recall if you signed

4       this document verifying their accuracy?

5       A       I do.

6       Q       Okay.  So, then, I'd like to go

7       down to the responses to interrogatories

8       number two?

9       A       Okay.

10      Q       The first -- and that request

11      says identify all vendors involved in

12      making outbound telemarketing calls

13      promoting your goods or services.  Would

14      you agree with me that that's what the

15      question asks?

16      A       Yes.

17      Q       And there's an answer there that

18      has four different companies and -- four

19      different entries.  And number four

20      talks about this individual who works

21      with iMerchant systems, correct?

22      A       Correct.

23      Q       So then I want to understand,

24      who's the company Simple Text identified

25      in the first entry?



Page 22

    2       A       That was a company that was used

    3       to send follow-up text messages.

    4       Q       And does Big Think Capital still

    5       use them?

    6       A       No.

    7       Q       When did Big Think capital use

    8       Simple Text?

    9       A       I don't remember.

   10       Q       Was it before or after it started

   11       using Centrex as the CRM?

   12       A       Before.

   13       Q       Do you remember when the

   14       relationship with Simple Text ended?

   15       A       I don't.

   16       Q       Do you remember why it ended?

   17       A       Too expensive.

   18       Q       And do you remember how Simple

   19       Text charged Big Think Capital?

   20       A       I don't.

   21       Q       How did Big Think Capital first

   22       find Simple Text?

   23       A       I don't know.

   24       Q       Do you remember who at Big Think

   25       Capital recommended that it started a



Page 23

```
2        relationship with Simple Text?

3        A       I don't know.

4        Q       Do you remember any of the

5        individuals that -- actually, let me

6        strike that.

7                Did you personally have any

8        communications with Simple Text?

9        A       Some.

10       Q       Did anyone else at Big Think

11       Capital besides you have any

12       communications with Simple Text?

13       A       Yes.

14       Q       Who were those individuals at Big

15       Think Capital?

16       A       I don't remember.

17       Q       What were your communications

18       with Simple Text about?

19       A       Billing.

20       Q       Were there any other

21       communications by you with respect to

22       Simple Text?

23       A       Not that I can remember.

24       Q       Do you remember how much Simple

25       Text charged you?
```



Page 24

```
 2     A      I don't.
 3     Q      Do you now remember if Simple
 4     Text charged on a per text basis or on a
 5     flat rate?
 6     A      I don't remember.
 7     Q      There is a company at entry two
 8     of these discovery responses called
 9     Nexfa.  Do you see that?
10     A      I do.
11     Q      Do you recognize that company
12     name?
13     A      Yes.
14     Q      And how do you recognize them?
15     A      It was a calling system similar
16     to Intermedia that interfaced with
17     iMerchant.
18     Q      Got it.  So any calls made on the
19     Nexfa so -- actually, let me strike
20     that.
21            Did Big Think Capital have a
22     Nexfa account?
23     A      I don't remember.
24     Q      Do you remember if Big Think
25     Capital made any payments directly to
```



Page 25

2      Nexfa?

3      A      It's actually not Nexfa, it's

4      Nextiva.  There's an I missing.  What

5      was the question.  I apologize.

6      Q      That's okay.  I was asking if Big

7      Think Capital made direct payments to

8      Nextiva?

9      A      I'm note sure.

10     Q      Would the only other way for Big

11     Think Capital to have been build for

12     Nextiva's services is through the

13     iMerchang CRM?

14     A      Correct.

15     Q      Okay.  So then, it's fair to

16     assume that either Big Think Capital

17     made payments directly to Nextiva or it

18     was build through it's use through the

19     iMerchant system?

20     A      Correct.

21     Q      Okay.  Has Big Think Capital

22     approached Nextiva to ask them if they

23     have any records of outbound calls made

24     by Big Think Capital?



Page 26

2       Q     When was that approach made?

3       A     I don't recall.

4       Q     Do you recall if it was performed

5     after the filing of this lawsuit?

6       A     I don't remember.

7       Q     Do you remember what Nextiva

8     said?

9       A     I don't.

10      Q     Would those communications have

11    been in writing or over the phone?

12      A     In writing.

13      Q     And does Big Think use Nextiva

14    any longer?

15      A     No.

16      Q     Why is that?

17      A     Because our new  CRM doesn't

18    integrate with them.

19      Q     Got it.  So currently the new

20    CRM, do you make payments directly for

21    the telephone calls to that phone

22    company or to the CRM company?

23      A     I believe to the phone company.

24      Q     Okay.  And do you have records of

25    those outbound calls that are made



Page 27

```
 2        through the new CRM?

 3        A       Everything is logged through the

 4        CRM.

 5        Q       And are you aware if you made a

 6        production in this case of those

 7        outbound calls?

 8        A       I'm not aware.

 9                   MR. ETTINGER:  I'm going to object

10                   to that question retroactively.  I

11                   don't think there was a request

12                   for anything other than for that

13                   time period but, okay.

14        Q       Mr. Brown, could you, please, go

15        down to document request number 12?

16        A       Yes.

17        Q       And would you agree with me that

18        it asks, please produce all documents

19        containing any of the following

20        information for each outbound

21        telemarketing calls sent by you or your

22        vendors.  Would you agree with me that

23        that's what the request says?

24        A       Wait, I'm on the wrong place.

25        Hold on a second.
```



```
 2        Q       That's okay.  It is at page
 3        seven, if that helps?
 4        A       Okay.  I'm there.
 5        Q       And so, would you agree with me
 6        that the request asks to please produce
 7        all documents containing any of the
 8        following information for each outbound
 9        telemarketing calls sent by you or your
10        vendors?
11        A       Yes.
12        Q       And would you agree with me that
13        it then lists a number of criteria that
14        is requested in the production.
15        A       Yes.
16        Q       And then, would you agree with
17        plea that the response says, "The
18        defendant is undergoing obvious forts to
19        obtain third-party data that may be able
20        to better respond to this demand?"
21        A       Yes.
22        Q       Would you also agree with me that
23        the current CRM system for Big Think
24        Capital does have records of outbound
25        telemarketing calls made?
```



Page 29

2      A      Yes.

3      Q      So then, I'm actually going back

4      to interrogatory number 2, Mr. Brown,

5      which on the first page of this exhibit.

6      A      Okay.

7      Q      The third company is T-U Work,

8      W-O-R-K, do you see that entry?

9      A      Yes.

10     Q      Do you recognize that company?

11     A      Yes.

12     Q      Can you explain to me what work

13     they performed for Big Think Capital.

14     A      They followed up on applicants

15     that we didn't reach when they

16     originally applied.

17     Q      How did they follow-up?

18     A      They either called or they sent

19     an e-mail.

20     Q      And when did they perform this

21     work.

22     Q      Prior to COVID.  That's all I

23     remember.

24     Q      And has Big Think Capital

25     contacted TU Work in connection with



2          their discovery obligations in this

3          litigation?

4          A       Yes.

5          Q       And did they do so on the phone

6          or in writing?

7          A       They didn't respond at all.

8          Q       Understood.  But how did Big

9          Think Capital attempt to contact them?

10         A       In writing.

11         Q       And there was no response

12         received?

13         A       No.

14         Q       Doses Big Think Capital maintain

15         a subscription to the National Do Not

16         Call Registry?

17         A       No.

18         Q       I would like to direct your

19         attention, Mr. Brown, to document

20         request number 6.  Which is on page

21         five?

22         A       Okay.

23         Q       Would you agree with me that that

24         request asks Big Think Capital to,

25         please, produce all documents relating



2          to complaints or Do-Not-Call requests

3          concerning outbound calls?

4          A     Yes.

5          Q     And would you agree with me that

6          the response says, "The defendant is not

7          in possession of any documents

8          responsive to this demand?"

9          A     Yes.

10         Q     Has Big Think Capital ever

11         received a Do-Not-Call request?

12         A     We have.

13         Q     Okay.  And so, would you agree

14         with me that that responses isn't

15         entirely accurate?

16         A     No.  I'm not in possession of

17         those documents.

18         Q     Is Big Think Capital currently

19         named in a lawsuit alleging violations

20         of the TCPA other than this one.

21         A     I'm sorry.

22         Q     Is Big Think Capital currently

23         named in a lawsuit alleging violations

24         of the TCPA other than this lawsuit?

25         A     Yes.



2       Q       Okay.  And does Big Think Capital

3       have any documents related to that

4       lawsuit?

5       A       Yes.

6       Q       Okay.  How does Big Think Capital

7       maintain -- let me strike that.

8               Does Big Think Capital maintain a

9       Do-Not-Call list?

10      A       Yes.

11      Q       Where's that Do-Not-Call list

12      maintained?

13      A       In the CRM.

14      Q       Do you have an understanding if a

15      copy of that Do-Not-Call list has been

16      produced in this litigation?

17      A       I don't recall.

18      Q       Other than this lawsuit, how many

19      lawsuits has Big Think Capital been

20      named in alleging violations of the

21      TCPA?

22      A       I'm aware of one other.

23      Q       What's the name of that lawsuit?

24      A       I'm not sure of the actual name.

25      Q       Do you know where it's located?



Page 33

```
 2        A      I don't.

 3        Q      Do you know if it's in State

 4   Court or Federal Court.

 5        A      I don't.

 6        Q      Has Big Think Capital ever

 7   received a demand letter alleging

 8   violations of the TCPA other than this

 9   lawsuit and that other lawsuit you

10   mentioned?

11        A      Yes.

12        Q      Has Big Think Capital -- I'm

13   sorry.  So it has received a demand

14   letter, correct?

15        A      Yes.

16        Q      And do you know if those demand

17   letters have been produced in response

18   to this request?

19        A      I don't.

20        Q      Has Big Think Capital entered --

21   do you know what a settlement agreement

22   is, Mr. Brown?

23        A      I do.

24        Q      Has Big Think Capital ever

25   entered into a settlement agreement
```



```
2          regarding any alleged violations of the

3          TCPA?

4          A       Yes.

5          Q       Do you know if those settlement

6          agreements were produced in response to

7          this discovery requests or any other?

8                       MR. ETTINGER:  Objection.  Those

9                       documents are confidential.

10         Q       So, Mr. Brown, do you know if Big

11         Think Capital has produced any

12         settlement agreements in response to a

13         discovery request?

14         A       I don't.

15         Q       Okay.  You have the response to

16         document request number 6 in front of

17         you, correct?

18         A       Yes.

19         Q       Do you see any objection to that

20         request?

21         A       I do not.

22         Q       Do you know if Big Think Capital

23         ever signed an agreement with TU Work?

24         A       I don't think so.

25         Q       How was TU Work played?  Excuse
```



Page 35

2       me, paid?

3       A       I don't remember.

4       Q       Did Big Think Capital keep

5       records of the payments it made to TU

6       Work?

7       A       I don't remember how they were

8       paid.  So I don't know if there were

9       records.

10      Q       Does Big Think Capital as a

11      general business practice keep records

12      of payments it makes to vendors?

13      A       Yes.

14              MR. PARONICH:  Okay.  Well, Mr.

15              Brown, as you may have discussed

16              with your lawyer, because we're

17              still waiting for information,

18              we're going to be suspending this

19              deposition and reserving the right

20              to ask questions based on

21              information we learn later in

22              discovery.  So other than that, I

23              have no further questions.  It is

24              possible your attorney will ask

25              you questions, and if he does,



```
 2                  then I may have further questions

 3                  based on those. But other than

 4                  that, I want to thank you for your

 5                  time today.

 6                  MR. ETTINGER:   Thanks, Dave.

 7                  Anthony, just procedurally, do you

 8                  want to use the same Court

 9                  Reporter for Thursday for

10                  consistency purposes, or do you

11                  want me to order differently?

12                  (Whereupon, the examination of

13                  DAVID BROWN

14                  was concluded at 3:05 P.M. )

15

16                  _____

17                     DAVID BROWN

18

19       Subscribed and sworn to

20       before me on this_____ day

21       of _____, _____.

22       _____

23       Notary Public

24

25
```



```
 2                      I N D E X

 3    WITNESS            EXAMINATION BY         PAGE

 4      DAVID BROWN      MR. ETTINGER           3

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



C E R T I F I C A T E

I, JILLIAN MOORE, a Shorthand Reporter and

Notary Public of the State of New York, do

hereby certify:

That the WITNESS whose examination is

hereinbefore set forth, was duly sworn, and

that such examination is a true record of the

testimony given by such WITNESS.

I further certify that I am not related to any

of the parties to this action by blood or

marriage; and that I am in no way interested in

the outcome of this matter.

*Jillian Moore*

JILLIAN MOORE



Page 39

2          ERRATA SHEET FOR THE TRANSCRIPT OF:
   Case Name:        SIDNEY NAIMAN, ON BEHALF OF
3  HIMSELF AND OTHERS SIMILARLY SITUATED, V. BIG THINK
   CAPITAL, INC.
4  Dep. Date:        JULY 17, 2023
   Deponent:         DAVID BROWN
5
              CORRECTIONS:
6
   Pg.  Ln.   Now Reads          Should Read         Reason
7  ____ ____ _____  _____  _____
   ____ ____ _____  _____  _____
8  ____ ____ _____  _____  _____
   ____ ____ _____  _____  _____
9  ____ ____ _____  _____  _____
   ____ ____ _____  _____  _____
10 ____ ____ _____  _____  _____
   ____ ____ _____  _____  _____
11 ____ ____ _____  _____  _____
   ____ ____ _____  _____  _____
12

13                           _____

14                           DAVID BROWN

15 SUBSCRIBED AND SWORN TO BEFORE ME

16
   THIS___DAY OF_____, 20__
17

18

19 _____

20 (Notary Public) MY COMMISSION EXPIRES:_____

21

22

23

24

25



**A**

**ability**
15:9
**able**
5:25 18:3 20:8 28:19
**abridge**
4:5
**access**
12:25 13:6 15:24,25
20:9
**account**
24:22
**accuracy**
21:4
**accurate**
31:15
**action**
3:17 38:11
**actual**
32:24
**ad**
11:2
**address**
3:11 18:18,21,22
**advertise**
11:3,5
**against-**
1:7
**agree**
21:14 27:17,22 28:5
28:12,16,22 30:23
31:5,13
**agreement**
33:21,25 34:23
**agreements**
34:6,12
**ahead**
11:12
**allegations**
12:2
**alleged**
34:2
**alleging**
12:7 31:19,23 32:20
33:7

**answer**
5:7,18,20 21:17
**Anthony**
2:5 3:15 16:25 36:7
**apologize**
25:5
**applicants**
29:14
**applied**
11:24 29:16
**approach**
26:2
**approached**
25:22
**approximation**
14:8
**asked**
15:10,12,13,18
**asking**
4:14 15:21 25:6
**asks**
21:15 27:18 28:6
30:24
**assume**
12:18 25:16
**attempt**
30:9
**attention**
30:19
**attorney**
5:12,17 35:24
**attorneys**
2:3,8 3:16
**available**
18:15
**Avenue**
3:13
**aware**
10:21 27:5,8 32:22

**B**

**B**
3:2 9:19
**back**
9:21 14:25 29:3
**based**

35:20 36:3
**basis**
24:4
**began**
7:15
**behalf**
1:4 11:16 12:3,9 39:2
**believe**
16:10,13 26:23
**better**
28:20
**big**
1:8 6:9,11 7:5,14,17
8:14 9:9,22 10:4,7
10:11,16,22 11:2,8
11:14,19,22,25 12:6
12:7,15,17,19,22,24
13:11,17,20,23 14:2
14:9,16 17:8 18:23
18:25 22:4,7,19,21
22:24 23:10,14
24:21,24 25:6,10,16
25:21,24 26:13
28:23 29:13,24 30:8
30:14,24 31:10,18
31:22 32:2,6,8,19
33:6,12,20,24 34:10
34:22 35:4,10 39:3
**Billing**
23:19
**blood**
38:11
**break**
5:3,8
**Broad**
2:8
**Brown**
1:11 3:9,15 9:20
10:10 20:4,6 27:14
29:4 30:19 33:22
34:10 35:15 36:13
36:17 37:4 39:4,14
**build**
25:11,18
**business**
7:15 10:2,12,16

11:22 14:20 15:3
16:5 18:19,19,20
35:11
**business-to-business**
9:25
**businesses**
10:24,25

**C**

**C**
2:2 38:2,2
**C-E-N-T-R-E-X**
14:7
**call**
11:21,23 30:16
**called**
12:17,18,24 13:16
19:9 24:8 29:18
**calling**
24:15
**calls**
11:9 12:4,10 18:24
19:2,6,14 21:12
24:18 25:23 26:21
26:25 27:7,21 28:9
28:25 31:3
**capital**
1:8 6:9 7:5,15,17
8:14 9:22 10:4,7,11
10:16,22 11:2,8,14
11:19,22,25 12:6,8
12:17,19,22,24
13:11,17,20,23 14:2
14:9 17:8 18:23,25
22:4,7,19,21,25
23:11,15 24:21,25
25:7,11,16,21,24
28:24 29:13,24 30:9
30:14,24 31:10,18
31:22 32:2,6,8,19
33:6,12,20,24 34:11
34:22 35:4,10 39:3
**Capital's**
12:15
**capped**
19:3



**case**
27:6 39:2
**Centrex**
14:4,10 22:11
**certify**
38:5,10
**charged**
22:19 23:25 24:4
**chat**
20:4,7,14
**check**
18:3
**client**
12:21 15:24
**close**
14:19 15:2
**collections**
4:2,3
**Collins**
3:12
**columns**
18:14
**commencing**
1:12
**COMMISSION**
39:20
**communications**
23:8,12,17,21 26:10
**companies**
21:18
**company**
6:12 7:9 15:6 19:8,10
19:13 21:24 22:2
24:7,11 26:22,22,23
29:7,10
**complaints**
31:2
**concerning**
31:3
**concluded**
36:14
**confident**
16:8
**confidential**
34:9
**connection**

29:25
**considered**
19:12
**consistency**
36:10
**contact**
30:9
**contacted**
29:25
**containing**
27:19 28:7
**context**
15:13,16
**continue**
6:25
**contract**
17:4
**copy**
15:7 32:15
**correct**
7:7,23 9:14 12:13,14
15:19 16:13 21:21
21:22 25:14,20
33:14 34:17
**corrections**
3:23 39:5
**correctly**
7:6 10:13
**Court**
1:2 3:7,10 4:15 33:4
33:4 36:8
**courtroom**
4:11 5:14
**COVID**
29:22
**criteria**
28:13
**CRM**
13:8,12 14:3 18:7,13
18:16 19:3,8,19,23
19:25 22:11 25:13
26:17,20,22 27:2,4
28:23 32:13
**current**
6:7 18:16 28:23
**currently**

7:4 8:19,20 13:23
14:3 26:19 31:18,22
**customer**
13:5,7
**customers**
11:4

---
### D

**D**
3:2,2 37:2
**Dan**
8:21,22
**data**
15:4,23,24 17:17,20
17:21,25 28:19
**date**
1:12 13:22 16:6,14
16:16 17:4 18:20
20:12 39:4
**Dave**
36:6
**David**
1:11 3:9 36:13,17
37:4 39:4,14
**day**
36:20 39:16
**decided**
14:19
**defendant**
1:9 2:8 28:18 31:6
**demand**
28:20 31:8 33:7,13
33:16
**Dep**
39:4
**department**
9:10
**Deponent**
39:4
**deposed**
3:18
**deposition**
1:11 3:21 5:14 35:19
**different**
19:18 21:18,19
**differently**

36:11
**direct**
8:6,8 25:7 30:18
**directly**
7:25 8:12 24:25
25:17 26:20
**discovery**
24:8 30:2 34:7,13
35:22
**discussed**
35:15
**DISTRICT**
1:2,2
**Do-Not-Call**
31:2,11 32:9,11,15
**document**
17:6 20:3,7,22 21:4
27:15 30:19 34:16
**documents**
12:23 27:18 28:7
30:25 31:7,17 32:3
34:9
**doing**
7:15
**Doses**
11:14 30:14
**duly**
3:3 38:7

---
### E

**E**
2:2,2 37:2 38:2,2
**e-mail**
29:19
**earlier**
16:18
**EASTERN**
1:2
**efficiently**
4:7
**efforts**
8:14
**eight**
8:10,11
**either**
14:13 16:22 25:16



29:18
**elected**
15:2
**elections**
3:25
**employee**
9:16
**employees**
7:18
**employer**
6:8
**ended**
17:4 22:14,16
**engaged**
11:15
**entered**
33:20,25
**entirely**
31:15
**entries**
21:19
**entry**
21:25 24:7 29:8
**ERRATA**
39:2
**ESQ**
2:5,10
**ETTINGER**
2:7,10 20:13,16,19
　27:9 34:8 36:6 37:4
**exact**
13:22 16:14,16
**exactly**
16:6,20
**examination**
3:5 36:12 37:3 38:6,8
**examined**
3:4
**Excuse**
34:25
**exhibit**
20:6,10 29:5
**expensive**
22:17
**EXPIRES**
39:20

**explain**
9:22 14:21 19:15
　29:12
**export**
15:7,10

――――――――― F ―――――――――
**F**
38:2
**facilitator**
9:24
**fact**
10:11
**fair**
25:15
**Federal**
33:4
**feel**
16:7
**filing**
26:5
**find**
22:22
**finished**
5:20
**first**
3:3 16:2 21:10,25
　22:21 29:5
**five**
30:21
**flat**
24:5
**Florida**
3:13
**follow-up**
11:23 18:24 19:2
　22:3 29:17
**followed**
29:14
**following**
27:19 28:8
**follows**
3:4
**format**
17:22
**forth**

38:7
**forts**
28:18
**four**
21:18,18,19
**front**
34:16
**functionality**
19:20
**funding**
10:3,5
**further**
35:23 36:2 38:10

――――――――― G ―――――――――
**general**
35:11
**generate**
11:21
**give**
4:4,11 5:19,25 17:3
**given**
3:21 38:9
**go**
6:23 11:12 21:6
　27:14
**going**
4:16,25 6:19 20:3,4
　27:9 29:3 35:18
**goods**
21:13
**Great**
4:25 5:24 20:20

――――――――― H ―――――――――
**Hallow**
2:8
**happened**
16:19
**hear**
6:4 7:5 10:13
**held**
1:11 6:13 7:9,11
**help**
4:6
**helps**

28:3
**hereinbefore**
38:7
**Hingham**
2:4
**Hold**
27:25

――――――――― I ―――――――――
**ID**
18:21
**identification**
20:11
**identified**
21:24
**identify**
21:11
**iMerchang**
25:13
**iMerchant**
13:16,18,21,24 14:17
　14:19,23 15:2 17:5
　17:9,12,15 18:6
　21:21 24:17 25:19
**impossibly**
4:21
**inbound**
11:11,13,17
**include**
9:13
**including**
15:4
**Index**
1:5
**individual**
7:25 8:12 14:18
　21:20
**individuals**
8:18 10:24 23:5,14
**informal**
4:8
**information**
12:20 13:15 14:22
　15:8,11,14,18,22
　17:10,24 18:5,12,14
　27:20 28:8 35:17,21



inning
15:4
instructs
5:17
integrate
26:18
integrated
19:19,23
interested
38:12
interfaced
24:16
Intermedia
19:9,10,11 24:16
intermediary
10:2,19,23
interrogatories
21:2,7
interrogatory
29:4
involved
21:11
Isles
3:13

**J**

January
14:11,12,13,13,14
  16:22,22,23
JEFFREY
2:10
Jill
6:22 20:5
JILLIAN
1:12 38:3,22
Judge
5:15
July
1:12 39:4

**K**

keep
35:4,11
kind
3:20 6:17
knew

18:7
know
4:19,21 5:4 6:5 14:11
  16:15 17:23 19:12
  19:20 20:8 22:23
  23:3 32:25 33:3,16
  33:21 34:5,10,22
  35:8

**L**

LAW
2:3
lawsuit
3:20 12:7,16 26:5
  31:19,23,24 32:4,18
  32:23 33:9,9
lawsuits
12:12 32:19
lawyer
35:16
learn
35:21
leave
17:2
LEGAL
1:22
let's
6:21,22
letter
33:7,14
letters
33:17
licensing
10:17
Lincoln
2:4
line
19:7,7
lines
19:5
list
32:9,11,15
lists
28:13
litigation
30:3 32:16

Ln
39:6
loans
9:25 10:23
located
32:25
log
19:17
logged
27:3
long
5:2 6:13 7:11
longer
13:6 26:14
lot
8:3

**M**

M
10:3
MA
2:4
MAGNA
1:22
maintain
30:14 32:7,8
maintained
14:19 32:12
making
21:12
marketing
8:13,16 9:5,7,9,15
  11:11
marking
20:6
marriage
38:12
matter
3:23,25 5:19 38:13
mean
15:15 18:13
Melville
2:9
mentioned
18:25 33:10
messages

22:3
minute
6:17
missing
25:4
moment
9:21 20:21
MOORE
1:12 38:3,22
multiple
10:5

**N**

N
2:2 3:2 37:2
Naiman
1:4 12:16,24 13:2
  14:22 39:2
Naiman's
13:14 17:24 18:8,10
name
3:8 8:25 18:8,18,19
  18:20 24:12 32:23
  32:24 39:2
name's
3:15
named
31:19,23 32:20
National
30:15
necessarily
6:23
need
6:23 20:20
needed
15:24
never
11:19
new
1:2,13 2:9 3:4 26:17
  26:19 27:2 38:4
Nexfa
24:9,19,22 25:2,3
Nextiva
25:4,8,17,22 26:7,13
Nextiva's



25:12
**noisy**
6:20
**Notary**
1:12 3:3 36:23 38:4
39:20
**note**
25:9
**notice**
16:4
**number**
18:10,18,21 21:8,19
27:15 28:13 29:4
30:20 34:16

---
**O**
---

**O**
3:2
**oath**
4:9
**object**
5:12 27:9
**objection**
5:21 34:8,19
**objections**
5:16
**objects**
5:17
**obligations**
30:2
**obtain**
28:19
**obvious**
28:18
**October**
7:13,14 13:19
**office**
19:6
**Oh**
4:3
**okay**
3:20 4:4,14 5:11 6:7
6:13,16 7:3,8,24 8:8
8:11 9:20 10:15,22
12:15 14:16 16:12
17:7,8 18:12,23

20:18,18,19 21:6,9
25:6,15,21 26:24
27:13 28:2,4 29:6
30:22 31:13 32:2,6
34:15 35:14
**old**
13:13
**oldest**
16:19
**Oral**
1:11
**order**
1:11 10:18 36:11
**originally**
29:16
**outbound**
11:10,16,21 12:4,9
21:12 25:23 26:25
27:7,20 28:8,24
31:3
**outcome**
38:13
**owner**
10:2 15:2 18:19

---
**P**
---

**P**
2:2,2
**P.C**
2:3
**P.M**
1:12 36:14
**page**
28:2 29:5 30:20 37:3
**paid**
35:2,8
**Paronich**
2:3,5 3:6,16 6:21
16:25 17:7 20:14,18
20:20 35:14
**parties**
38:11
**payments**
24:25 25:7,17 26:20
35:5,12
**pending**

5:6
**people**
8:3,5 9:11 11:23
**percent**
14:15 16:11
**perform**
29:20
**performed**
26:4 29:13
**period**
27:13
**personally**
23:7
**Pg**
39:6
**phone**
18:10,18 19:6,7,10
19:12,14 26:11,21
26:23 30:5
**place**
6:19 27:24
**plaintiff**
1:5 2:3 3:17
**Plaintiff's**
20:10
**played**
34:25
**plea**
28:17
**please**
3:8 4:18 8:20 9:2
14:6 20:8 27:14,18
28:6 30:25
**position**
6:10 9:4 12:16
**possession**
31:7,16
**possible**
4:7 16:17,19,23
35:24
**potential**
11:3
**practice**
35:11
**practices**
10:17

**president**
6:12 7:4,8 8:2 9:5,6
**primarily**
11:5
**prior**
17:17 29:22
**privileged**
5:19
**procedurally**
36:7
**proceeding**
5:15
**process**
5:21
**produce**
27:18 28:6 30:25
**produced**
32:16 33:17 34:6,11
**production**
27:6 28:14
**promoting**
21:13
**provide**
10:7 17:20
**provided**
15:11,19 17:25 19:7
**providing**
17:17
**Public**
1:13 3:3 36:23 38:4
39:20
**pulled**
20:21
**purposes**
36:10
**pursuant**
1:11
**put**
20:3,7

---
**Q**
---

**question**
4:18,20 5:6,8,12
21:15 25:5 27:10
**questions**
4:15 20:5 35:20,23



35:25 36:2

**R**

**R**
2:2 3:2 38:2
**R-I-V-E-R**
9:3
**rate**
24:5
**reach**
29:15
**Read**
39:6
**Reads**
39:6
**ready**
7:2
**really**
6:23
**reason**
5:3,5,24 6:6 39:6
**recall**
21:3 26:3,4 32:17
**received**
18:6 30:12 31:11
  33:7,13
**recognize**
20:22 24:11,14 29:10
**recollection**
17:14
**recommended**
22:25
**record**
3:8 19:2 38:8
**records**
25:23 26:24 28:24
  35:5,9,11
**Reed**
9:17
**regarding**
34:2
**Registry**
30:16
**regulatory**
10:18
**related**

14:22 32:3 38:10
**relating**
30:25
**relationship**
22:14 23:2
**remember**
13:22 14:12 16:6,14
  16:15,20,21,24 22:9
  22:13,16,18,24 23:4
  23:16,23,24 24:3,6
  24:23,24 26:6,7
  29:23 35:3,7
**report**
8:4
**reporter**
3:7,10 4:16 20:11
  36:9 38:3
**reports**
7:25 8:6,8,12
**represents**
3:17
**request**
16:3 17:9 21:10
  27:11,15,23 28:6
  30:20,24 31:11
  33:18 34:13,16,20
**requested**
28:14
**requests**
31:2 34:7
**requirements**
10:18
**reserving**
35:19
**resolve**
5:16
**respect**
8:13 10:15 23:21
**respond**
17:12 28:20 30:7
**response**
17:15 20:25 28:17
  30:11 31:6 33:17
  34:6,12,15
**responses**
21:7 24:8 31:14

**responsive**
31:8
**retain**
11:14
**retained**
11:20
**retention**
13:5,7
**retroactively**
27:10
**reviewed**
12:22
**right**
35:19
**River**
8:21,23 9:13
**River's**
9:4
**Road**
2:8
**rule**
5:5
**rules**
4:5

**S**

**S**
2:2
**says**
21:11 27:23 28:17
  31:6
**SCHWARTZ**
2:7
**search**
18:7,9
**seat**
6:24
**second**
27:25
**see**
18:8 20:16,17,19
  24:9 29:8 34:19
**send**
22:3
**sense**
4:23 5:9,22

**sent**
27:21 28:9 29:18
**separate**
17:6
**series**
4:15
**serve**
10:19,23
**services**
1:22 10:8 11:3 21:13
  25:12
**set**
38:7
**setting**
4:8
**settled**
6:17
**settlement**
33:21,25 34:5,12
**seven**
28:3
**SHEET**
39:2
**Shorthand**
38:3
**showed**
12:23
**shut**
15:3
**shutting**
16:5 17:18
**SIDNEY**
1:4 39:2
**signed**
21:3 34:23
**similar**
4:10 24:15
**SIMILARLY**
1:4 39:3
**Simple**
21:24 22:8,14,18,22
  23:2,8,12,18,22,24
  24:3
**situated**
1:4 6:18 39:3
**Six-plus**



6:15
**sorry**
3:24 6:4 11:12 12:5
20:17 31:21 33:13
**source**
10:3
**sources**
10:5
**space**
17:2
**specific**
7:24
**spell**
8:25 14:5
**start**
13:17
**started**
18:20 19:24 22:10,25
**starting**
14:9
**state**
1:13 3:3,7 10:8,12
33:3 38:4
**states**
1:2 10:20
**Stenographer**
1:12
**step**
9:21
**stop**
13:20 14:16
**stored**
18:12
**Street**
2:4
**strike**
23:6 24:19 32:7
**Subscribed**
36:19 39:15
**subscription**
30:15
**sued**
12:2,7,12
**Suite**
2:4,8
**Sunny**

3:13
**sure**
5:10 11:18 12:6
14:15 16:11 25:9
32:24
**suspending**
35:18
**sworn**
3:3 36:19 38:7 39:15
**system**
13:2,6,8,9,12 14:3,24
15:5 17:18 19:9
24:15 25:19 28:23
**systems**
15:3 21:21

---
**T**

**T**
38:2,2
**T-U**
29:7
**take**
4:10 5:3 6:16,24 9:20
**taken**
1:11
**talking**
10:10
**talks**
21:20
**tax**
18:21
**TCPA**
31:20,24 32:21 33:8
34:3
**technology**
19:11,13,16
**telemarketing**
11:9,16 12:4,9 21:12
27:21 28:9,25
**telephone**
19:5 26:21
**ten**
8:10,11
**terribly**
5:2
**testified**

3:4 7:3 15:18
**testimony**
4:11 6:2 38:9
**text**
21:24 22:3,8,14,19
22:22 23:2,8,12,18
23:22,25 24:4,4
**thank**
4:4 17:7 36:4
**Thanks**
36:6
**think**
1:8 6:9,11 7:3,5,15
7:17 8:14 9:12,22
10:4,7,11,16,22
11:2,8,14,19,22,25
12:6,8,15,17,19,22
12:24 13:11,17,20
13:23 14:2,9,13,14
14:16 17:8 18:21,23
18:25 22:4,7,19,21
22:24 23:10,15
24:21,24 25:7,11,16
25:21,24 26:13
27:11 28:23 29:13
29:24 30:9,14,24
31:10,18,22 32:2,6
32:8,19 33:6,12,20
33:24 34:11,22,24
35:4,10 39:3
**third**
29:7
**third-parties**
8:15 11:15 12:3,8
**third-party**
11:20 28:19
**Thursday**
36:9
**time**
5:3,11,11 27:13 36:5
**timeframe**
13:4 14:25 16:21
**title**
6:14 7:9,12
**today**
5:2,25 36:5

**transcript**
17:3 39:2
**true**
38:8
**truthful**
6:2
**try**
11:21
**trying**
16:16 19:21
**TU**
29:25 34:23,25 35:5
**two**
9:11,13 21:8 24:7
**type**
10:15

---
**U**

**undergoing**
28:18
**understand**
4:12,18,19,22 11:19
16:17 17:22 19:22
21:23
**understanding**
32:14
**Understood**
16:7 30:8
**Undrestood**
4:3
**UNITED**
1:2
**uploaded**
18:6
**use**
13:24 14:3 19:13
22:5,7 25:18 26:13
36:8
**utilize**
8:15

---
**V**

**V**
3:2 39:3
**various**
10:19



**vendors**
21:11 27:22 28:10
  35:12
**verifying**
21:4
**version**
4:5
**Vice**
9:5
**VIDEOCONFRE...**
1:11
**violations**
31:19,23 32:20 33:8
  34:2

---
**W**
---
**W**
3:2
**W-E-B-B-E-R**
9:18
**W-O-R-K**
29:8
**Wait**
27:24
**waiting**
35:17
**want**
6:16 17:2 21:23 36:4
  36:8,11
**wanted**
15:25
**wasn't**
15:19 16:12 17:21,21
**way**
12:20 19:18 25:10
  38:12
**ways**
5:13
**we're**
4:8 9:24,25 35:16,18
**web**
11:6,7
**Weber**
9:17
**website**
19:16

**WITNESS**
3:9,12 37:3 38:6,9
**word**
13:8
**work**
10:4 19:17 29:7,12
  29:21,25 34:23,25
  35:6
**works**
19:20 21:20
**wouldn't**
5:25
**writing**
17:10 26:11,12 30:6
  30:10
**wrong**
27:24
**www.MagnaLS.com**
1:23

---
**X**
---
**x**
1:3,10,14 37:2

---
**Y**
---
**Yeah**
6:21
**year**
16:8,19
**years**
6:15
**York**
1:2,13 2:9 3:4 38:4

---
**Z**
---
**Zoom**
4:9

---
**0**
---
**02043**
2:4

---
**1**
---
**1**
20:6,10
**100**

14:15 16:11
**11747**
2:9
**12**
27:15
**15701**
3:12
**17**
1:12 39:4

---
**2**
---
**2**
29:4
**2:30**
1:12
**20**
39:16
**2017**
7:13,14 13:19
**2021**
16:9,10,12,18,18
**2022**
16:13,23
**2023**
1:12 39:4
**205**
2:8
**21**
14:12,13,14 16:23
**22-cv-2531**
1:6
**2400**
2:4

---
**3**
---
**3**
37:4
**3:05**
36:14
**33160**
3:14
**350**
2:4

---
**4**
---
**445**

2:8

---
**5**
---

---
**6**
---
**6**
30:20 34:16
**624-6221**
1:22

---
**7**
---
**70**
7:21,22

---
**8**
---
**866**
1:22

Case 2:22-cv-02531-JMW   Document 27-2   Filed 08/19/23   Page 47 of 47 PageID #: 140

