# Anthony Paronich

| | |
|---|---|
| **From:** | Anthony Paronich <anthony@paronichlaw.com> on behalf of Anthony Paronich |
| **Sent:** | Monday, August 7, 2023 9:52 AM |
| **To:** | Jeffrey Ettenger |
| **Subject:** | RE: Naiman v. Big Think Capital Inc. |

Jeff:

If we don't have the data this week, we do intend to move to compel. I know we've already conferred on this, but let me know if you would like to chat this week.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, August 1, 2023 10:26 AM
**To:** Jeffrey Ettenger <jse@selawny.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

Hey, Jeff. I got this on file, but now we need to figure out the timeline for the data if we want to mediate in front of Judge Jones.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, July 28, 2023 9:25 AM
**To:** Jeffrey Ettenger <jse@selawny.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

Here's the form. It just needs your signature.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, July 26, 2023 12:23 PM
**To:** Jeffrey Ettenger <jse@selawny.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

Ok, I will prepare the form. Judge Jones has good September availability, so we'll just need an agreement on the date for the calling records and we can set a date. So, please let me know on the calling data and we'll take it from there.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Jeffrey Ettenger <jse@selawny.com>
**Sent:** Wednesday, July 26, 2023 12:12 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

both

Regards,

*Jeffrey Ettenger, Esq.*
*Member*

**Schwartz Ettenger, PLLC**
445 Broad Hollow Road, Suite 205
Melville, New York 11747
Office:   631-777-2401 Ex. 22
Cell:      516-497-2606
Fax:       631-777-2402
JSE@selawny.com

Check Out Our Blog at www.SchwartzEttenger.com



SuperLawyers Top Rated Employment Litigation Attorney

**CONFIDENTIALITY NOTICE**
THE INFORMATION CONTAINED IN THIS COMMUNICATION IS INTENDED FOR THE NAMED RECEIVER ONLY. THE TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL MATERIAL. IF YOU ARE NOT THE NAMED RECIPIENT, PLEASE BE ADVISED THAT ANY USE, DISSEMINATION OR UNAUTHORIZED COPYING OF THE MATERIAL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE OFFICES OF SCHWARTZ ETTENGER, PLLC AND DELETE/DESTROY THE RECEIVED COPY. THANK YOU.

**IRS CIRCULAR 230 DISCLOSURE**
TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, July 26, 2023 11:43 AM
**To:** Jeffrey Ettenger <jse@selawny.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

To mediating with Judge Jones or proceeding before Judge Wicks for trial purposes?

**From:** Jeffrey Ettenger <jse@selawny.com>
**Sent:** Wednesday, July 26, 2023 9:44 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

We would consent.

Regards,

*Jeffrey Ettenger, Esq.*
*Member*

**Schwartz Ettenger, PLLC**
445 Broad Hollow Road, Suite 205
Melville, New York 11747
Office:  631-777-2401 Ex. 22
Cell:    516-497-2606
Fax:     631-777-2402
JSE@selawny.com

Check Out Our Blog at www.SchwartzEttenger.com



SuperLawyers Top Rated Employment Litigation Attorney

**CONFIDENTIALITY NOTICE**

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS INTENDED FOR THE NAMED RECEIVER ONLY. THE TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL MATERIAL. IF YOU ARE NOT THE NAMED RECIPIENT, PLEASE BE ADVISED THAT ANY USE, DISSEMINATION OR UNAUTHORIZED COPYING OF THE MATERIAL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE OFFICES OF SCHWARTZ ETTENGER, PLLC AND DELETE/DESTROY THE RECEIVED COPY. THANK YOU.

**IRS CIRCULAR 230 DISCLOSURE**
TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Monday, July 24, 2023 11:30 AM
**To:** Jeffrey Ettenger <jse@selawny.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

Judge Jones, who I sent around previously: https://judgejonesadr.com/

**From:** Jeffrey Ettenger <jse@selawny.com>
**Sent:** Monday, July 24, 2023 10:51 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

So who would you want to mediate with?   He is very good at resolving cases.

Regards,

*Jeffrey Ettenger, Esq.*
*Member*

**Schwartz Ettenger, PLLC**
445 Broad Hollow Road, Suite 205
Melville, New York 11747
Office:  631-777-2401 Ex. 22
Cell:     516-497-2606
Fax:     631-777-2402
JSE@selawny.com

Check Out Our Blog at www.SchwartzEttenger.com



[SuperLawyers Top Rated Employment Litigation Attorney](#)

**CONFIDENTIALITY NOTICE**
THE INFORMATION CONTAINED IN THIS COMMUNICATION IS INTENDED FOR THE NAMED RECEIVER ONLY. THE TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL MATERIAL. IF YOU ARE NOT THE NAMED RECIPIENT, PLEASE BE ADVISED THAT ANY USE, DISSEMINATION OR UNAUTHORIZED COPYING OF THE MATERIAL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE OFFICES OF SCHWARTZ ETTENGER, PLLC AND DELETE/DESTROY THE RECEIVED COPY. THANK YOU.

**IRS CIRCULAR 230 DISCLOSURE**
TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Monday, July 24, 2023 10:50 AM
**To:** Jeffrey Ettenger <jse@selawny.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

We're only interested in consenting to litigation in front of Judge Wicks, not mediation. And either way we believe we will need those documents this week so our expert can get to work. Let me know if yoiur client wants to consent to the litigation in front of Judge Wicks.

**From:** Jeffrey Ettenger <jse@selawny.com>
**Sent:** Monday, July 24, 2023 8:25 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

I would consent to mediation with Judge Wicks.  I will speak to my client about mediation.


Regards,

*Jeffrey Ettenger, Esq.*
*Member*

**Schwartz Ettenger, PLLC**
445 Broad Hollow Road, Suite 205
Melville, New York 11747
Office:  631-777-2401 Ex. 22
Cell:     516-497-2606
Fax:     631-777-2402
JSE@selawny.com

Check Out Our Blog at www.SchwartzEttenger.com



SuperLawyers Top Rated Employment Litigation Attorney

CONFIDENTIALITY NOTICE
THE INFORMATION CONTAINED IN THIS COMMUNICATION IS INTENDED FOR THE NAMED RECEIVER ONLY. THE TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL MATERIAL. IF YOU ARE NOT THE NAMED RECIPIENT, PLEASE BE ADVISED THAT ANY USE, DISSEMINATION OR UNAUTHORIZED COPYING OF THE MATERIAL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE OFFICES OF SCHWARTZ ETTENGER, PLLC AND DELETE/DESTROY THE RECEIVED COPY. THANK YOU.

IRS CIRCULAR 230 DISCLOSURE
TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, July 21, 2023 2:36 PM
**To:** Jeffrey Ettenger <jse@selawny.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

Should we just consent to proceed before him?

**From:** Jeffrey Ettenger <jse@selawny.com>
**Sent:** Thursday, July 20, 2023 8:41 AM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

Looks good.  Also, I asked the client to try and expedite responses to your demands.


Regards,

*Jeffrey Ettenger, Esq.*
*Member*

**Schwartz Ettenger, PLLC**
445 Broad Hollow Road, Suite 205
Melville, New York 11747
Office:  631-777-2401 Ex. 22
Cell:     516-497-2606

Fax:	631-777-2402
JSE@selawny.com


Check Out Our Blog at www.SchwartzEttenger.com




SuperLawyers Top Rated Employment Litigation Attorney 

**CONFIDENTIALITY NOTICE**
THE INFORMATION CONTAINED IN THIS COMMUNICATION IS INTENDED FOR THE NAMED RECEIVER ONLY. THE TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL MATERIAL. IF YOU ARE NOT THE NAMED RECIPIENT, PLEASE BE ADVISED THAT ANY USE, DISSEMINATION OR UNAUTHORIZED COPYING OF THE MATERIAL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE OFFICES OF SCHWARTZ ETTENGER, PLLC AND DELETE/DESTROY THE RECEIVED COPY. THANK YOU.

**IRS CIRCULAR 230 DISCLOSURE**
TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Wednesday, July 19, 2023 6:28 PM
**To:** Jeffrey Ettenger <jse@selawny.com>
**Subject:** RE: Naiman v. Big Think Capital Inc.

How about the attached filing to extend the schedule and continue that conference.

---

**From:** Jeffrey Ettenger <jse@selawny.com>
**Sent:** Wednesday, July 19, 2023 12:42 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Naiman v. Big Think Capital Inc.

I would be happy to extend all of these dates.  You still want to have the conference Friday?

Sent from Jeff's IPhone


> On Jul 19, 2023, at 12:40 PM, Anthony Paronich <anthony@paronichlaw.com> wrote:

Hello, Jeff. I don't agree that we have not provided a reasonable date given the fact that the information should have been produced months ago. However, to address the issue for the short term, would you agree to a 90-day extension of all of the following deadlines:

       Expert Reports July 28, 2023
       Mediation Deadline August 17, 2023
    Class Certification filing deadline August 31, 2023
   Summary Judgment filing deadline October 30, 2023
Status Conference post MSJ and Class Certification 30 days after the Court's Decision

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Jul 17, 2023 at 4:03 PM Jeffrey Ettenger <jse@selawny.com> wrote:

> July 21 is not a reasonable date. I will ask him to undergo a search and will provide responsive documents as soon as possible.
>
>
>
>
> Regards,
>
>
>
>
> *Jeffrey Ettenger, Esq.*
>
> *Member*
>
> **Schwartz Ettenger, PLLC**
> 445 Broad Hollow Road, Suite 205
> Melville, New York 11747
> Office:  631-777-2401 Ex. 22
> Cell:      516-497-2606

Fax:      631-777-2402
JSE@selawny.com

Check Out Our Blog at www.SchwartzEttenger.com





SuperLawyers Top Rated Employment Litigation Attorney

**CONFIDENTIALITY NOTICE**

THE INFORMATION CONTAINED IN THIS COMMUNICATION IS INTENDED FOR THE NAMED RECEIVER ONLY. THE TRANSMISSION MAY CONTAIN PRIVILEGED AND CONFIDENTIAL MATERIAL. IF YOU ARE NOT THE NAMED RECIPIENT, PLEASE BE ADVISED THAT ANY USE, DISSEMINATION OR UNAUTHORIZED COPYING OF THE MATERIAL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE OFFICES OF SCHWARTZ ETTENGER, PLLC AND DELETE/DESTROY THE RECEIVED COPY. THANK YOU.

**IRS CIRCULAR 230 DISCLOSURE**
TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY U.S. FEDERAL TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING PENALTIES UNDER THE INTERNAL REVENUE CODE OR (II) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY TRANSACTION OR MATTER ADDRESSED HEREIN.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Monday, July 17, 2023 4:02 PM
**To:** Jeffrey Ettenger <jse@selawny.com>
**Subject:** Naiman v. Big Think Capital Inc.

Hey, Jeff. Good to see you today. I wanted to follow up on a few things:

1. During the deposition today, your client testified about the existence of complaints, demand letters and settlement agreements, all of which are responsive to Document Request No. 6 and none of which were produced. Please supplement that production by July 21, 2023 or provide a date and time that we can meet and confer about the same.
2. During the deposition your client also testified that the telemarketing calls response to Document Request No. 12 is available in its new CRM. Those should be produced as those calls are during the putative class period.

Also attached is the Plaintiff's Second Set of Discovery, and a Word copy.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.