# PARONICH LAW, P.C.

350 Lincoln Street, Suite 2400
Hingham, MA 02043

Anthony I. Paronich                                                                                    Tel. (508) 221-1510
                                                                                                       Fax (508) 318-8100
                                                                                                       anthony@paronichlaw.com

December 8, 2023

**VIA ECF**
Honorable James M. Wicks
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      **Re:**    **Naiman v. Big Think Capital Inc.**
               **Civil Action No. 2:22-cv-2531**

Dear Judge Wicks:

      The Plaintiff and Defendant have reached a settlement of this matter and are submitting this report pursuant to the Court's Order regarding status of the mediation.

      The parties intend to file a Stipulation of Dismissal by January 15, 2024.

                                            Respectfully Submitted,

                                            Anthony I. Paronich

cc: All Counsel of Record (Via ECF)