# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDNEY NAIMAN, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> BIG THINK CAPITAL INC. <br><br> Defendant. | Case No. 22-cv-2531 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: January 23, 24      PLAINTIFF,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Plaintiff*

DEFENDANT,

*/s/ Jeffrey Ettenger*
Jeffrey Ettenger
Schwartz Ettenger, PLLC
445 Broad Hollow Road, Suite 205
Melville, New York 11747

Office:  631-777-2401 Ex. 22
Cell:    516-497-2606
Fax:     631-777-2402
JSE@selawny.com